1

2

3

4

5

6

7 **IN THE UNITED STATES DISTRICT COURT**

8 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 TONY BLACKMAN,                                   1:07-cv-01447-LJO-DLB(NEW)-PC

11               Plaintiff,                        ORDER DENYING PLAINTIFF'S MOTION
                                                   FOR LEAVE TO PROCEED IN FORMA
12                                                 PAUPERIS
      vs.                                          (Doc. 2)
13
   RICHARD M. SIMS, et al.,                        ORDER REQUIRING PLAINTIFF TO PAY
14                                                 $350.00 FILING FEE IN FULL WITHIN THIRTY
                                                   DAYS OR ACTION WILL BE DISMISSED
15               Defendants.
                                                   THIRTY DAY DEADLINE TO PAY FILING FEE
16
                                          /
17

18         Plaintiff Tony Blackman ("plaintiff") is a prisoner proceeding pro se in a civil rights action

19 pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on October 5, 2007.  Plaintiff is seeking leave

20 to proceed in forma pauperis.

21         The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action

22 . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in any

23 facility, brought an action or appeal in a court of the United States that was dismissed on the grounds

24 that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the

25 prisoner is under imminent danger of serious injury."  28 U.S.C. § 1915(g).  A review of the record of

26 actions filed by plaintiff in the Northern and Eastern Districts of California reveals that plaintiff filed

27 three or more actions that were dismissed as frivolous, as malicious, or for failing to state a claim upon

28

1

1  which relief may be granted.[1]  Thus, on December 18, 2006, the date of the third dismissal, plaintiff

2  became subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless

3  plaintiff is under imminent danger of serious physical injury.  The Court has reviewed plaintiff's

4  complaint and finds that plaintiff has alleged no facts that support a finding he is, at this time, under

5  imminent danger of serious physical injury.  Accordingly, plaintiff may not proceed in forma pauperis,

6  and must submit the appropriate filing fee in order to proceed with this action.

7           Based on the foregoing, it is HEREBY ORDERED that:

8           1.       Pursuant to 28 U.S.C. § 1915(g), plaintiff's motion to proceed in forma pauperis in this

9                    action is denied; and

10          2.       Plaintiff shall pay the $350.00 filing fee in full within thirty (30) days or this action will

11                   be dismissed, without prejudice.

12  IT IS SO ORDERED.

13  **Dated:    October 9, 2007**                          **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27          [1] See 1:99-cv-05822-REC-HGB-PC *Blackman v. Hartwell* (Eastern District of California ("CAED"); dismissed
    March 12, 2001); 3:05-cv-05390-SI *Blackman v. Medina* (Northern District of California ("CAND"); dismissed March 13,
    2006); 3:06-cv-06398-SI *Blackman v. Variz* (CAND; dismissed December 18, 2006); and 1:04-cv-06389-AWI-NEW(DLB)-
28  PC *Blackman v. Taxdahl* (CAED; dismissed May 18, 2007).